UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---------------------------------------------------------------X
DREW V. LOUNSBURY, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                     PLAINTIFF,

              v.

THE BEAR STEARNS COMPANIES INC., JAMES E.
CAYNE, ALAN C. GREENBERG, ALAN D. SCHWARTZ,
PAUL A. NOVELLY, FRANK T. NICKELL, FREDERIC
V. SALERNO, VINCENT TESE,

                    DEFENDANTS.

---------------------------------------------------------------X

CASE N

    PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE,

THE UNDERSIGNED COUNSEL FOR PLAINTIFF   DREW V. LOUNSBURY

CERTIFIES THAT THE SAID PARTY IS NON-GOVERNMENTAL AND NOT A

CORPORATE PARTY.

DATE: 04-02-08

                                  SIGNATURE OF ATTORNEY
                                  EDWIN J. MILLS

RULE 7.1 STATEMENT