UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

DREW V. LOUNSBURY, Individually and On Behalf of All Others Similarly Situated,

          Plaintiff,

v.

THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN C. GREENBERG, ALAN D. SCHWARTZ, PAUL A. NOVELLY, FRANK T. NICKELL, FREDERIC V. SALERNO, VINCENT TESE and JOHN DOES 1-10,

          Defendants.

------------------------------------------------------X

_____ - CV - _____ ( )

CLASS ACTION

08 CV 3326

APR 03 2008
U.S.D.C. S.D.N.Y.
CASHIERS

I, EDWIN J. MILLS, hereby affirm the following:

1. I am of counsel to the law firm Stull, Stull & Brody, counsel for plaintiff in the above-captioned action, which asserts violations of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

2. Upon information and belief, this action is related to the action captioned <u>Howard v. The Bear Stearns Companies, Inc., et al.</u>, 08 CV 2804 (RWS), which is pending in this Court and alleges similar violations of the ERISA statute.

3. Accordingly, it is respectfully submitted that this action should be assigned as a related case to the Honorable Robert W. Sweet.

Dated: April 2, 2008

_____
Edwin J. Mills