UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>THE BEAR STEARNS COMPANIES INC., THE BEAR STEARNS COMPANIES INC. EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>       Defendants. | Civil Action No: 08 Civ. 2804 (RWS)(HBP)<br><br>ELECTRONICALLY FILED |

[additional captions appear on next page]

## CERTIFICATE OF SERVICE

              Lester L. Levy, Esq.
              Andrew Lencyk, Esq.
              James Kelly-Kowlowitz
              **WOLF POPPER LLP**
              845 Third Avenue
              New York, New York 10022
              Telephone: (212) 759-4600
              Facsimile: (212) 486-2093

              Steve W. Berman, Esq.
              Andrew M. Volk, Esq.
              **HAGENS BERMAN SOBOL SHAPIRO LLP**
              1301 Fifth Avenue, Suite 2900
              Seattle, Washington 98101
              Telephone: (206) 623-7292
              Facsimile: (206) 623-0958

              Proposed Co-Lead Counsel for Plaintiffs

| | |
|---|---|
| ESTELLE WEBER, individually, on behalf of the Bear Stearns Companies Inc. Employee Stock Ownership Plan, and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., CUSTODIAL TRUST COMPANY, JAMES CAYNE, ALAN SCHWARTZ, WARREN SPECTOR, SAMUEL MOLINARO, ALAN GREENBERG, and JOHN DOES 1 - 20,<br><br>      Defendants. | Civil Action No: 08 Civ. 2870 (RWS)(JCF) |
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>      Defendants. | Civil Action No: 08 Civ. 3006 (UA) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>      Defendants. | Civil Action No: 08 Civ. 3035 (RWS)(HBP) |

| | |
|---|---|
| IRA GEWIRTZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Civil Action No: 08 Civ. 3089 (RWS)(JCF) |
| DREW V. LOUNSBURY, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN C. GREENBERG, ALAN D. SCHWARTZ, PAUL A. NOVELLY, FRANK T. NICKELL, FREDERICK V. SALERNO, VINCENT TESE, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No: 08 Civ. 3326 (RWS) |
| SHELDEN GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, ALAN C. GREENBERG, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No: 08 Civ. 3334 (RWS)(HBP) |

| | |
|---|---|
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, ALAN C. GREENBERG, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No: 08 Civ. 3351 (UA) |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Civil Action No: 08 Civ. 3441 (UA) |
| LAWRENCE FINK, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Civil Action No: 08 Civ. 3602 (UA) |

I, James Kelly-Kowlowitz, hereby certify that on April 21, 2008, I caused a true and correct copy of the following documents to be served U.S. first class mail on the parties identified on the attached service list:

1) *Weber* Plaintiffs' Memorandum of Law in Further Support of Their Motion for (1) Consolidation (2) Appointment of Lead Plaintiffs and Leadership Structure and (3) Entry of [Proposed] Pretrial Order No. 1, and in Opposition to the Motions of the *Howard* Plaintiffs and Plaintiff *Lounsbury* for the Appointment of Lead Counsel and Related Relief;

2) Declaration of Lester L. Levy in Support of *Weber* Plaintiffs' Memorandum of Law in Further Support of Their Motion for (1) Consolidation (2) Appointment of Lead Plaintiffs and Leadership Structure and (3) Entry of [Proposed] Pretrial Order No. 1, and in Opposition to the Motions of the *Howard* Plaintiffs and Plaintiff *Lounsbury* for the Appointment of Lead Counsel and Related Relief; and

3) Reply Declaration of Steve W. Berman in Support of *Weber* Plaintiffs' Motion for (1) Consolidation, (2) Appointment of Lead Plaintiffs and Leadership Structure, and (3) Entry of [Proposed] Pretrial Order No. 1.

I also certify that on April 21, 2008, I caused a true and correct copy of the above-referenced documents to be served by hand on the following counsel:

Brad Scott Karp, Esq.
Lewis R. Clayton, Esq.
Douglas M. Pravda, Esq.
**PAUL WEISS RIFKIN WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

*Counsel for Defendant The Bear Stearns Companies Inc., The Bearn Stearns Companies Inc., Executive Committee, and Custodial Trust Company*

Jules Brody, Esq.
Edwin J. Mills, Esq.
**STULL STULL & BRODY**
6 East 45th Street
New York, New York 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

*Counsel for Plaintiff Drew V. Lounsbury*

Milo Silberstein, Esq.
William J. Dealy, Esq.
**DEALY & SILBERSTEIN, LLP**
225 Broadway, Suite 1405
New York, NY 10007
Tel: (212) 385-0066
Fax: (212) 385-2117

*Counsel for Plaintiffs Aaron Howard and Shelden Greenberg*

Ralph M. Stone, Esq.
James P. Bonner, Esq.
Thomas G. Ciarlone, Jr., Esq.
**SHALOV STONE BONNER & ROCCO LLP**
485 Seventh Avenue, Suite 1000
New York, New York 10018
Tel: (212) 239-4340
Fax: (212) 239-4310

*Counsel for Plaintiff Scott Wettersten*

_____
James Kelly-Kowlowitz

# THE BEAR STEARNS COMPANIES, ET AL. ERISA LITIGATION
## SERVICE LIST

Jeffrey H. Squire, Esq.
**BRAGAR WEXLER & EAGEL, PC**
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5858
Fax: (212) 486-0462

*Counsel for Plaintiff Hans Menos*

Paul J. Ondrasik, Jr.
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington DC 20036
Tel: (202) 429-8088
Fax: (202) 429-3902

*Counsel for Defendant The Bear Stearns Companies Inc., The Bearn Stearns Companies Inc., Executive Committee, and Custodial Trust Company*

I. Stephen Rabin, Esq.
Joseph V. McBride, Esq.
**RABIN & PECKEL LLP**
275 Madison Avenue, Suite 420
New York, NY 10016
Tel: (212) 880-3722
Fax: (212) 880-3716

*Counsel for Plaintiff Hans Menos*

Steven J. Greenfogel, Esq.
**MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.**
1521 Locust Street, 8th Floor
Philadelphia, PA 19107
Tel: (215) 564-5182
Fax: (215) 569-0958

*Counsel for Plaintiffs Anthony Pisano, Ira Gewirtz, and Rita Rusin*

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Joseph A. Weeden, Esq.
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 Radnor Avenue
Philadelphia, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Plaintiff Aaron Howard*

Robert A. Skirnick, Esq.
**MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.**
One Liberty Plaza, 35th Floor
New York, NY 10006
Tel: (212) 240-0020
Fax: (212) 240-0021

*Counsel for Plaintiffs Anthony Pisano, Ira Gewirtz, and Rita Rusin*

Doc. 159039

Steve W. Berman, Esq.
Andrew M. Volk, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98121
Tel: (206) 623-7292
Fax: (206) 623-0594

*Counsel for Plaintiffs Anthony Pisano, Ira Gewirtz, and Rita Rusin*

Lynn L. Sarko, Esq.
Derek W. Loeser, Esq.
Erin M. Riley, Esq.
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

*Counsel for Plaintiff Shelden Greenberg*

Dennis J. Johnson
Jacob B. Perkinson
James F. Conway, III
Eben F. Duval
**JOHNSON & PERKINSON**
1690 Williston road
P.O. Box 2305
South Burlington, VT 05043
Tel: (802) 862-0030
Fax: (802) 862-0060

*Counsel for Plaintiff Scott Wettersten*

Gary S. Graifman, Esq.
Michael L. Braunstein, Esq.
Reginald H. Rutishauser, Esq.
**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: (845) 356-2570
Fax: (845) 356-4335

*Counsel for Plaintiff Drew V. Lounsbury*

Jay Kasner
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
4 Times Square
New York, New York 10036
Tel:(212) 735-3000
Fax: (212) 735-2000

*Counsel for Defendant Alan Schwartz*

Ronald Richman
Alan Glickman
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Defendant Alan Greenberg*

| | |
|---|---|
| Barry H. Berke<br>David S. Frankel<br>**KRAMER LEVIN NAFTALIS**<br>**& FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*Counsel for Defendant James Cayne* | Steven Molo<br>**SHEARMAN & STERLING**<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 848-4000<br>Fax: (212) 848-7179<br><br>*Counsel for Defendant Jeffrey Mayer* |
| Michael Chepiga<br>**SIMPSON THACHER &**<br>**BARTLETT LLP**<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br><br>*Counsel for Defendant Samuel Molinaro* | Lawrence D. Pedowitz<br>David B. Anders<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, New York 10019<br>Tel: (212) 403-1000<br>Fax: (212) 403-2000<br><br>*Counsel for Defendant Warren Spector* |