UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
DREW V. LOUNSBURY,
Individually and On Behalf of All Others       :       **ELECTRONICALLY FILED**
Similarly Situated
                                               :       08 CV 3326 (RWS)

                          Plaintiff,
                                               :
             - against -                               NOTICE OF APPEARANCE
                                               :
THE BEAR STEARNS COMPANIES, INC.,
et al.,                                        :

                          Defendants.          :
------------------------------x


Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         May 12, 2008

                                               ____/s/ Jay B. Kasner____
                                               Jay B. Kasner
                                               SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP
                                               (Jay.Kasner@skadden.com)
                                               Four Times Square
                                               New York, New York 10036
                                               (212) 735-3000

                                               Attorneys for Defendant
                                                 Alan D. Schwartz

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 12, 2008, I caused a true copy of the

- *Notices of Appearance*

to be served upon the following party as indicated:

By First-Class Mail

Thomas G. Ciarlone, Jr.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018

Dated:  New York, New York
        May 12, 2008

_____
Steven Ray Katzenstein